# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv375

| | |
|---|---|
| **WILLIAM NORKUNAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **BILTMORE EIGHT, A Foreign LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on Sabrina Winters's Motion for Admission *Pro Hac Vice* of Pete M. Monismith.

Review of the court's docket reveals that Pete M. Monismith has now been admitted *pro hac vice* in <u>Norkunas v. Shah, Parikh & Associates</u>, 5:09cv108 (WDNC 2009), <u>Norkunas v. V & S Hospitality</u>, 1:09cv372 (WDNC 2009), and <u>Norkunas v. Belk, Inc.</u>, 1:09cv373 (WDNC 2009). He was advised in the later two cases that it is the policy of the district court that attorneys will not be serially admitted to practice *pro hac vice* . He was further advised in response to his third request that

> any further admission will require a North Carolina [Bar] license and admission to the Bar of this court or **a showing that this particular type of ADA action is so specialized or addresses such a particular public concern that attorneys working in this area of the law are not readily available in the Western District of North Carolina.** Any such

further application in this district should be accompanied by an affidavit from Mr. Monismith detailing such reasons.

Norkunas v. Belk, Inc., 1:09cv373 (emphasis in original). The instant request fails to comply with that instruction and the request will be summarily denied.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sabrina Winters's Motion for Admission *Pro Hac Vice* (#2) of Pete M. Monismith is **DENIED**.

Signed: October 6, 2009

Dennis L. Howell
United States Magistrate Judge