# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv375

| | |
|---|---|
| WILLIAM NORKUNAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BILTMORE EIGHT, a Foreign ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Summary Judgment [Doc. 26] and the Defendant's Motion for Summary Judgment [Doc. 29].

The Plaintiff's motion was filed on January 6, 2011 and the Defendant's cross-motion was filed on January 19, 2011. The Pretrial Order and Case Management Plan [Doc. 21] entered in this matter on March 25, 2010 provides that motions were to be filed on or before November 1, 2010. Each of the motions is therefore untimely.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment [Doc. 26] is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Summary Judgment [Doc. 29] is hereby **DENIED**.

Signed: January 24, 2011

Martin Reidinger
United States District Judge